Juanita R. Brooks (SBN 75934)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130-2081
Telephone: (858) 678-5070
Facsimile: (858) 678-5099
Email: brooks@fr.com

DAVID H. STERN (SBN 196408)
CAROLIN SAHIMI (SBN 260312)
HUGHES HUBBARD & REED LLP
350 South Grand Avenue, 36th Floor
Los Angeles, CA 90071-3442
Telephone: (213) 613-2800
Facsimile: (213) 613-2950
Email: david.stern@hugheshubbard.com
Email: carolin.sahimi@hugheshubbard.com

Attorneys For Defendants
FRESENIUS USA, INC., FRESENIUS USA MANUFACTURING, INC., FRESENIUS MEDICAL CARE HOLDINGS, INC. D/B/A/ FRESENIUS MEDICAL CARE NORTH AMERICA, FRESENIUS MARKETING USA, INC. AND BEN LIPPS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GEORGE KAPULE ENTENDENCIA, WILLIAM SYLVA, and MARK SYLVA, as surviving statutory beneficiaries for the wrongful death of VIOLET GERTRUDE ENTENDENCIA, deceased, individually and on behalf of all other heirs of decedent; DAVID MCINTYRE, as surviving statutory beneficiary for the wrongful death of ELIZABETH MCINTYRE, deceased, individually and on behalf of all other heirs of decedent,

Plaintiffs,

v.

FRESENIUS USA, INC., FRESENIUS USA MANUFACTURING, INC., FRESENIUS MEDICAL CARE HOLDINGS, INC., FRESENIUS MEDICAL CARE NORTH AMERICA, INC., FRESENIUS USA MARKETING, INC., WALTER L. WEISMAN, BEN

**Case No. 2:14-CV-009705**

**NOTICE OF RELATED CASES**

[LOCAL CIVIL RULE 83-1.3]

Complaint Filed: January 9, 2014

LIPPS, JOHN DOES, MEDICAL DIRECTORS, and DOES 1-100 INCLUSIVE,

Defendants.

Pursuant to Local Rule 83-1.3, Fresenius USA, Inc., Fresenius USA Manufacturing, Inc., Fresenius Medical Care Holdings, Inc. d/b/a/ Fresenius Medical Care North America, and Fresenius Marketing USA, Inc. and Ben Lipps (collectively, "Defendants") inform the Court of the following previously-filed actions in this District that may be related to this action:

1. *Carolina DeFacio et al. v. Fresenius Medical Care Holdings, Inc. et al.*, Case No. 5:13-cv-00401-JGB-OP ("DeFacio").

2. *Aurora Nunez et al. v. Fresenius USA, Inc., et al.*, Case No. 2:13-cv-02729- JGB-OP ("*Nunez*").

3. *Dawn Casian et al. v. Fresenius USA, Inc., et al.*, Case No. 13-cv-4079-JGB-OP ("*Casian*").

4. *Mary Frank v. Fresenius USA, Inc., et al.*, Case No. 13-cv-04740-JGB-OPx ("*Frank*").

5. *Joseph Thiede et al. v. Fresenius Medical Care Holdings, Inc., et al.*, Case No. 2:13-cv-04741-JGB-OP ("*Thiede*").

6. *Daniel Ray Darnell et al. v. Fresenius Medical Care Holdings, Inc. et al.*, Case No. 2:13-cv-05052-JGB-OP ("*Darnell*").

7. *Kimberly Johnson et al. v. Fresenius USA, Inc., et al.*, Case No. 2:13-cv-06245-JGB-OP ("*Johnson*").

8. *Michael Rodriguez et al. v. Fresenius USA, Inc.*, Case No. 2:13-cv-7182-JGB-OP ("*Rodriguez*").

9. *Yvonne H. Tate v. Fresenius USA, Inc. et al.*, Case No. 13-cv-5271-JGB-OP ("*Tate*").

10. *Lashane Williams v. Fresenius Medical Care Holdings, Inc., et al.*, Case No. 13-cv-01833 ("*Williams*").

11. *Josephine Arballo et al. v. Fresenius USA, Inc. et al.*, Case No. 13-cv-08153-JGB-OP ("*Arballo*").

12. *Jessie Lanz et al. v. Fresenius USA, Inc. et al.*, Case No. 13-cv-02350-JGB-AGR ("*Lanz*").

13. *Olivia Martinez et al. v. Fresenius USA, Inc. et al.*, Case No. 13-cv-07948-JGB-OP ("*Martinez*").

14. *Jacqueline Brown et al. v. Fresenius USA, Inc. et al.*, Case No. 2:14-cv-01561-JGB-AGR ("*Brown*");

15. *Virginia Yassin et al. v. Fresenius USA, Inc. et al.*, Case No. 2:14-cv-01636-JGB-AGR ("*Yassin*");

16. *Aprel Atkins v. Fresenius USA, Inc. et al.*, Case No. 2:14-cv-01979-JGB-AGR ("*Atkins*");

17. *Rossia Brown-Broughton v. Fresenius Medical Care Holdings, Inc. et al.*, Case No. 2:14-cv-02407-JGB-AGR ("*Broughton*");

18. *Anait Ajaryan et al. v. Fresenius USA, Inc. et al.*, Case No 2:14-cv-02896-JGB-AGR ("*Ajaryan*");

19. *Jeff Jenkins et al. v. Fresenius Medical Care Holding, Inc. et al.*, Case No. 2:14-cv-02933-JGB-AGR ("*Jenkins*");

20. *Missy Drake et al. v. Fresenius Medical Care Holding, Inc. et al.*, Case No. 2:14-cv-03033-JGB-AGR ("*Drake*");

21. *Joseph Albert et al. v. Fresenius Medical Care Holding, Inc. et al.*, Case No. 2:14-cv-03103-JGB-AGR ("*Albert*")

22. *Patricia Fergus et al. v. Fresenius Medical Care Holding, Inc. et al.*, Case No. 2:14-cv-03145-JGB-AGR ("*Fergus*").

23. *Marie Lueck et al. v. Fresenius Medical Care Holding, Inc. et al.*, Case No. 2:14-cv-03379-JGB-AGR ("*Lueck*").

24. *Penny Bates et al. v. Fresenius Medical Care Holdings, Inc., et al.*, Case No. 2:14-cv-03875-JGB-AGR ("*Bates*").

25. *Maria Maciel et al. v. Fresenius Medical Care Holding, Inc. et al.*, Case No. 2:14-cv-03874-JGB-AGR ("*Maciel*").

26. *Garland Carter et al. v. Fresenius USA, Inc., et al.*, Case No. 2:14-cv-04578-JGB-AGR ("*Carter*").

27. *Jewelyn Edora, et al. v. Fresenius Medical Care Holding, Inc., et al.*, Case No. 2:14-cv-06446-JFW-AJWx ("*Edora*").

The above noted cases and this case would entail substantial duplication of labor if heard by different judges. These cases, except for *Rodriguez*, which is a consumer fraud class action, are product liability actions that allege injuries purportedly sustained as a result of the use of NaturaLyte and/or GranuFlo in hemodialysis treatment. On March 29, 2013, the Judicial Panel on Multidistrict Litigation ("JPML") created a multidistrict-litigation proceeding for NaturaLyte/GranuFlo cases in the District of Massachusetts, *In re Fresenius/NaturaLyte Dialysate Prods. Liab. Litig.*, No. 1:13-md-02428-DPW (D. Mass.) (the "MDL"). There are currently more than 2,200 similar cases pending in the MDL. Since April 17, 2013, all of the above listed cases have either been finally or conditionally transferred to the MDL.

In addition, Defendants are in the process of removing to this Court, pursuant to the mass action provisions of the diversity jurisdiction statute, 28 U.S.C. § 1332(d)(11), 14 other product liability actions that allege injuries purportedly sustained as a result of the use of NaturaLyte and/or GranuFlo in hemodialysis treatment. These 14 cases were filed in California state court and were coordinated into a California state court coordinated proceeding in Los Angeles County Superior Court, *In re JCCP 4749, GranuFlo/NaturaLyte Cases* ("JCCP 4749"):

1. *Hobbs, et al. v. Fresenius USA, Inc., et al*, filed on January 16, 2013 as Case No. 13CECG00161 in the Fresno County Superior Court. This action is now

pending in the Superior Court of the State of California, Los Angeles County, as part of JCCP 4749.

2. *Sanchez, et al. v. Fresenius USA, Inc., et al*, filed on January 14, 2013 as Case No. BC499080 in the Los Angeles County Superior Court. This action is now pending in the Superior Court of the State of California, Los Angeles County, as part of JCCP 4749.

3. *Frazee, et al. v. Fresenius USA, Inc., et al*, filed on January 16, 2013 as Case No. 37-2013-00030004-CU-PL-CTL in the San Diego County Superior Court. This action is now pending in the Superior Court of the State of California, Los Angeles County, as part of JCCP 4749.

4. *Rollins, et al. v. Fresenius USA, Inc., et al*, filed on January 16, 2013, as Case No. 250199 in the Tulare County Superior Court. This action is now pending in the Superior Court of the State of California, Los Angeles County, as part of JCCP 4749.

5. *Gress, et al., v. Fresenius USA, Inc., et al.*, filed on September 9, 2013 as Case No. 37-2013-00066328-CU-PL-CTL in the San Diego County Superior Court. This action is now pending in the Superior Court of the State of California, Los Angeles County, as part of JCCP 4749.

6. *Rodriguez et al., v. Fresenius USA, Inc., et al.*, filed on December 18, 2013 as Case No. BC530836 in the Los Angeles County Superior Court. This action is now pending in the Superior Court of the State of California, Los Angeles County, as part of JCCP 4749.

7. *Heyward et al., v. Fresenius USA, Inc., et al.*, filed on November 25, 2013 as Case No. 37-2013-00077569-CU-PL-CTL in the San Diego County Superior Court. This action is now pending in the Superior Court of the State of California, Los Angeles County, as part of JCCP 4749.

8. *Cruz et al., v. Fresenius USA, Inc., et al.*, filed on November 27, 2013 as Case No. 37-2013-00077813-CU-PL-CTL in the San Diego County Superior

Court. This action is now pending in the Superior Court of the State of California, Los Angeles County, as part of JCCP 4749.

9. *Carrell et al., v. Fresenius USA, Inc., et al.*, filed on December 20, 2013 as Case No. BC531058 in the Los Angeles County Superior Court. This action is now pending in the Superior Court of the State of California, Los Angeles County, as part of JCCP 4749.

10. *Baker et al., v. Fresenius USA, Inc., et al.*, filed on June 27, 2014, as Case No. BC550187 in the Los Angeles County Superior Court. This action is now pending in the Superior Court of the State of California, Los Angeles County, as part of JCCP 4749.

11. *Myers et al., v. Fresenius USA, Inc., et al.*, filed on January 24, 2014 as Case No. BC534080 in the Los Angeles County Superior Court. This action is now pending in the Superior Court of the State of California, Los Angeles County, as part of JCCP 4749.

12. *Pruitt et al., v. Fresenius USA, Inc., et al.*, filed on December 20, 2013 as Case No. 37-2013-00080878-CU-PL-CTL in the San Diego County Superior Court. This action is now pending in the Superior Court of the State of California, Los Angeles County, as part of JCCP 4749.

13. *Casidsid et al., v. Fresenius USA, Inc., et al.*, filed on April 2, 2014, as Case No. BC541274 in the Los Angeles County Superior Court. This action is now pending in the Superior Court of the State of California, Los Angeles County, as part of JCCP 4749.

14. *Allen et al., v. Dr. Carl Wilson, et al.*, filed on March 12, 2014 as Case No. SCW 255151 in the Sonoma County Superior Court. This action is now pending in the Superior Court of the State of California, Los Angeles County, as part of JCCP 4749.

Further, the instant case was previously removed to this Court on different grounds on February 10, 2014 as Case No. 2:14-cv-01028-MWF (SSx), and remanded by the Court on March 19, 2014.

The above noted cases and this case would entail substantial duplication of labor if heard by different judges.

DATED: December 18, 2014 HUGHES HUBBARD & REED LLP

By: /S/ David H. Stern
David H. Stern
Carolin Sahimi
Attorneys for Defendants
FRESENIUS USA, INC., FRESENIUS USA MANUFACTURING, INC., FRESENIUS MEDICAL CARE HOLDINGS, INC. D/B/A/ FRESENIUS MEDICAL CARE NORTH AMERICA, FRESENIUS MARKETING USA, INC. AND BEN LIPPS